IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CARNELL CONSTRUCTION CORP., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DANVILLE REDEVELOPMENT & | ) | |
| HOUSING AUTHORITY | ) | Case No. 4:10CV00007 |
| | ) | |
| Defendant/Counterclaim Plaintiff | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BLAINE SQUARE, LLC | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant/Counterclaim Plaintiff | ) | Senior United States District Judge |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL FIDELITY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

Before me is Defendant/Counterclaim Plaintiff Danville Redevelopment & Housing Authority's and Defendant/Counterclaim Plaintiff Blaine Square, LLC's Motions for Summary Judgment against Carnell Construction Corporation. The parties filed supporting and opposing briefs to the motions and I heard oral argument on January 4, 2011. The matter is now ripe for decision.

For the reasons stated in the accompanying Memorandum Opinion filed contemporaneously herewith, I will partially **GRANT** Defendants' Motions for Summary Judgment. Because I find that Va. Code § 2.2-4309(A) applies to this case, Plaintiff's recovery under the Contract is, as a matter of law, limited in accordance with that section. In all other

1

aspects, Defendant/Counterclaim Plaintiffs' Motions for Summary Judgment are **DENIED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 25th day of January, 2011

s/Jackson L. Kiser<br>
Senior United States District Judge