IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CARNELL CONSTRUCTION CORPORATION ) <br> ) <br> Plaintiff/Counterclaim Defendant, ) <br> ) <br> v. ) <br> ) <br> DANVILLE REDEVELOPMENT & ) <br> HOUSING AUTHORITY ) <br> ) <br> Defendant/Counterclaim Plaintiff ) <br> ) <br> v. ) <br> ) <br> BLAINE SQUARE, LLC ) <br> ) <br> Defendant/Counterclaim Plaintiff ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL FIDELITY ) <br> INSURANCE COMPANY, ) <br> ) <br> Counterclaim Defendant. ) | Case No. 4:10CV00007 <br><br> **AMENDED ORDER** <br><br> By: Jackson L. Kiser <br> Senior United States District Judge |

   Before me is Defendant/Counterclaim Plaintiff Danville Redevelopment & Housing Authority's and Defendant/Counterclaim Plaintiff Blaine Square, LLC's Motions for Summary Judgment against Carnell Construction Corporation. The parties filed supporting and opposing briefs to the motions and I heard oral argument on January 4, 2011. The matter is now ripe for decision.

   For the reasons stated in the accompanying Amended Memorandum Opinion filed contemporaneously herewith, I will partially **GRANT** Defendants' Motions for Summary Judgment. Because I find that Va. Code § 2.2-4309(A) applies to this case, Plaintiff's recovery under the Contract is, as a matter of law, limited in accordance with that section. I also find that

1

the Contract precludes Plaintiff's *quantum meruit* claim. In all other aspects, Defendant/Counterclaim Plaintiffs' Motions for Summary Judgment are **DENIED**.

The Clerk is directed to send a copy of this Amended Order and the accompanying Amended Memorandum Opinion to all counsel of record.

Entered this 27th day of January, 2011.

s/Jackson L. Kiser
Senior United States District Judge
