IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CARNELL CONSTRUCTION CORPORATION ) | | |
| ) | | |
|     Plaintiff/Counterclaim Defendant, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| DANVILLE REDEVELOPMENT & ) | | |
| HOUSING AUTHORITY ) | Case No. 4:10CV00007 | |
| ) | | |
|     Defendant/Counterclaim Plaintiff ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| BLAINE SQUARE, LLC ) | | |
| ) | By: Jackson L. Kiser | |
|     Defendant/Counterclaim Plaintiff ) | Senior United States District Judge | |
| ) | | |
| v. ) | | |
| ) | | |
| INTERNATIONAL FIDELITY ) | | |
| INSURANCE COMPANY, ) | | |
| ) | | |
|     Counterclaim Defendant. ) | | |

Before me are Defendant/Counterclaim Plaintiff Danville Redevelopment & Housing Authority's ("DRHA") and Counterclaim Defendant International Fidelity Insurance Company's ("IFIC") cross Motions for Summary Judgment. The parties filed supporting and opposing briefs to the motions and I heard oral argument on January 7, 2011. The matter is now ripe for decision.

For reasons stated in the accompanying Memorandum Opinion, I **DENY** IFIC's Motion for Summary Judgment and **GRANT** DRHA's Motion for Partial Summary Judgment.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 27th day of January, 2011.

                                                          s/Jackson L. Kiser
                                                        Senior United States District Judge