CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 17 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | |
|---|---|
| CARNELL CONSTRUCTION CORPORATION, | : |
| Plaintiff/Counterclaim Defendant, | : |
| v. | : Civil Action No.: 4:10-cv-7 |
| DANVILLE REDEVELOPMENT & HOUSING AUTHORITY, | : |
| Defendant/Counterclaim Plaintiff, | : |
| v. | : |
| BLAINE SQUARE, LLC, | : |
| Defendant, | : |
| v. | : |
| INTERNATIONAL FIDELITY INSURANCE COMPANY, | : |
| Counterclaim Defendant. | : |

VERDICT

We, the Jury, having tried the issues joined in the above-entitled action, find:

1. On the race discrimination claim of Plaintiff Carnell Construction Corporation against Defendant DRHA, pursuant to Title VI, we find in favor of [Check one]:

    ✓   Plaintiff Carnell Construction Corporation

    ☐   Defendant DRHA

Complete the following Paragraph only if the above finding is in favor of Plaintiff Carnell Construction Corporation. If the above finding is in favor of the Defendant, DRHA, move to section 2.

We find Plaintiff's damages to be: $ 3,168,341.14 (stating the amount)

2. On the breach of contract claim of Plaintiff Carnell Construction Corporation against Defendants, DRHA and Blaine Square, LLC, we find in favor of [Check one]:

    ☑    Plaintiff Carnell Construction Corporation

    ☐    Defendants DRHA and Blaine Square, LLC.

Complete the following only if the above finding is in favor of Plaintiff Carnell Construction Corporation. If the above finding is in favor of the Defendants, DRHA and Blaine Square, LLC, move to Section 3.

    We find Plaintiff's damages to be: $0.00 (stating the amount).

3. On the breach of contract counterclaim of Defendants/Counterclaim Plaintiffs DRHA and Blaine Square, LLC against Plaintiff/Counterclaim Defendant Carnell Construction Corporation, we find in favor of [Check one]:

    ☑    Defendants/Counterclaim Plaintiffs DRHA and Blaine Square, LLC

    ☐    Plaintiff/Counterclaim Defendant Carnell Construction Corporation.

Complete the following only if the above finding is in favor of Defendant/Counterclaim Plaintiff DRHA and Blaine Square, LLC. If the above finding is in favor of both Counterclaim Defendants, move to Section 4.

    We find Counterclaim Plaintiff's damages to be: $0.00 (stating the amount).

4. On the breach of contract counterclaim of Defendant/Counterclaim Plaintiff DRHA against Counterclaim Defendant IFIC, we find in favor of [Check one]:

    ☐    Defendant/Counterclaim Plaintiff DRHA

    ☑    Counterclaim Defendant IFIC.

Complete the following only if the above finding is in favor of Defendant/Counterclaim Plaintiff DRHA.

We find Counterclaim Plaintiff's damages to be: $ 0.00 (stating the amount).

_Rachael K. Lovelace_
Foreperson

Rachael K. Lovelace
Printed Name of Foreperson

Dated: 2/17/2011