CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 27 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CARNELL CONSTRUCTION CORPORATION, | ) | |
| Plaintiff / Counterclaim Defendant, | ) ) | |
| v. | ) ) | Civil Action No. 4:10CV00007 |
| DANVILLE REDEVELOPMENT & HOUSING AUTHORITY, | ) ) ) | **ORDER** |
| Defendant / Counterclaim Plaintiff, | ) ) | By: Hon. Glen E. Conrad Chief United States District Judge |
| v. | ) ) | |
| BLAINE SQUARE, LLC, | ) ) | |
| Defendant / Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| INTERNATIONAL FIDELITY INSURANCE COMPANY, | ) ) ) | |
| Counterclaim Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. International Fidelity Insurance Company's motion for entry of judgment is **DENIED**;

2. Carnell Construction Corporation's motion for entry of judgment is **DENIED**; and

3. Carnell Construction Corporation's motion for leave to file a third amended complaint is **GRANTED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 27th day of June, 2011.

_____
Chief United States District Judge