IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CARNELL CONSTRUCTION CORPORATION, )<br> )<br>  Plaintiff / Counterclaim Defendant, )<br> )<br>v. )<br> )<br>DANVILLE REDEVELOPMENT & )<br>HOUSING AUTHORITY, )<br> )<br>  Defendant / Counterclaim Plaintiff, )<br> )<br>v. )<br> )<br>BLAINE SQUARE, LLC, )<br> )<br>  Defendant, )<br> )<br>v. )<br> )<br>INTERNATIONAL FIDELITY )<br>INSURANCE COMPANY, )<br> )<br>  Counterclaim Defendant. ) | Civil Action No. 4:10CV00007<br><br>**ORDER**<br><br>By: Hon. Glen E. Conrad<br>Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The motion for summary judgment filed by Danville Redevelopment & Housing Authority is **GRANTED IN PART AND DENIED IN PART**;

2. The motion for summary judgment filed by Blaine Square, LLC is **GRANTED IN PART AND DENIED IN PART**; and

3. The motion for summary judgment filed by Carnell Construction Corporation is **GRANTED IN PART AND DENIED IN PART**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 23rd day of January, 2012.

                                                    */s/ Glen E. Conrad*
                                                 Chief United States District Judge