CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 21 2012
JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CARNELL CONSTRUCTION CORPORATION, | ) | |
| Plaintiff / Counterclaim Defendant, | ) | |
| v. | ) | Civil Action No. 4:10CV00007 |
| DANVILLE REDEVELOPMENT & HOUSING AUTHORITY, | ) | **ORDER** |
| Defendant / Counterclaim Plaintiff, | ) | By: Hon. Glen E. Conrad<br>Chief United States District Judge |
| v. | ) | |
| BLAINE SQUARE, LLC, | ) | |
| Defendant, | ) | |
| v. | ) | |
| INTERNATIONAL FIDELITY INSURANCE COMPANY, | ) | |
| Counterclaim Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The motion for judgment as a matter of law filed by International Fidelity Insurance Company is **DENIED**;

2. The motion for non-bifurcated trial filed by Carnell Construction Corporation ("Carnell") is **DENIED**;

3. Carnell's motion to quash subpoenas issued to Lester and America Scales is **DENIED**;

4. Carnell's motion to compel the production of documents is **DENIED**;

5. Danville Redevelopment and Housing Authority's ("DRHA's") motion to quash the subpoena duces tecum issued to Robert J. Owens is **GRANTED**;

6. DRHA's motion to quash the trial subpoena issued to Geary Davis is **DENIED AS MOOT**; and

7. DRHA's objection to Carnell's inclusion of W. Huntington Byrnes on its witness list is **SUSTAINED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 20th day of June, 2012.

/s/ John Conrad
Chief United States District Judge