IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CARNELL CONSTRUCTION CORPORATION, | ) ) ) |
| Plaintiff / Counterclaim Defendant, | ) ) |
| v. | ) ) Civil Action No. 4:10CV00007 |
| DANVILLE REDEVELOPMENT & HOUSING AUTHORITY, | ) ) ) **ORDER** |
| Defendant / Counterclaim Plaintiff, | ) ) By: Hon. Glen E. Conrad |
| v. | ) Chief United States District Judge ) |
| BLAINE SQUARE, LLC, | ) ) |
| Defendant. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1.  Carnell's motion regarding damages (Docket No. 739) is **DENIED**;

2.  DRHA's motion for judgment as a matter of law and for a reduction of the damages awarded by the jury (Docket No. 741) is **GRANTED IN PART AND DENIED IN PART**;

3.  Blaine Square's motion for judgment as a matter of law and for a reduction of the damages awarded by the jury (Docket No. 743) is **GRANTED IN PART AND DENIED IN PART**;

4. DRHA's motion for attorney's fees and costs (Docket No. 740) is **DENIED** without prejudice;

5. Blaine Square's motion for attorney's fees and costs (Docket No. 745) is **DENIED** in part and **DENIED** without prejudice in part;

6. DRHA's motion to strike Carnell's brief in opposition to its motion for attorney's fees and costs (Docket No. 753) is **DENIED** as moot;

7. Blaine Square's motion to strike Carnell's brief in opposition to its motion for attorney's fees and costs (Docket No. 755) is **DENIED** as moot; and

8. Carnell's motion to strike Blaine Square's attachment to its reply brief in support of the motion for attorney's fees and costs (Docket No. 759) is **DENIED** as moot.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 8th day of January, 2013.

_____
Chief United States District Judge