CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED for Danville
JAN 08 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CARNELL CONSTRUCTION CORPORATION, | )<br>)<br>) |
| Plaintiff / Counterclaim Defendant, | )<br>) |
| v. | )<br>) Civil Action No. 4:10CV00007 |
| DANVILLE REDEVELOPMENT & HOUSING AUTHORITY, | )<br>) **FINAL JUDGMENT**<br>) |
| Defendant / Counterclaim Plaintiff, | ) By: Hon. Glen E. Conrad<br>) Chief United States District Judge |
| v. | )<br>) |
| BLAINE SQUARE, LLC, | )<br>) |
| Defendant. | ) |

This case came before the court for a jury trial on July 30-31, 2012; August 1-3, 2012; August 6-10, 2012; and August 13-15, 2012. The issues having been tried, and all pretrial motions and motions during trial having been ruled on as reflected in the record, the jury returned verdicts on liability and damages, as reflected in the record. On January 8, 2013, the court issued a memorandum opinion on the parties' post-trial motions, in which the court ruled, as a matter of law, that the defendants are entitled to a reduction of the damages awarded by the jury for the plaintiff's breach of contract claims.

In accordance with the jury's verdict on liability and the court's January 8, 2013 memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Judgment is entered in favor of Danville Redevelopment & Housing Authority ("DRHA") on Carnell Construction Corporation's ("Carnell's") claim of race discrimination under Title VI of the Civil Rights Act of 1964.

2. Judgment is entered in favor of DRHA on Carnell's claim of retaliation under Title VI of the Civil Rights Act of 1964.

3. Judgment is entered in favor of Carnell on its claim that DRHA and Blaine Square, LLC ("Blaine Square") breached the parties' contract by failing to pay for extra work, and Carnell is awarded $142,557.57 for this claim.

4. Judgment is entered in favor of Carnell on its claim that DRHA and Blaine Square breached the parties' contract by removing Carnell from the project without just cause, and Carnell is awarded $72,490.00 for this claim.

5. Accordingly, the Clerk is directed to enter judgment in favor of Carnell against DRHA and Blaine Square in the total amount of $215,047.57.

The Clerk is further directed to send certified copies of this judgment to all counsel of record.

ENTER: This 8th day of January, 2013.

_____
Chief United States District Judge